IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS DUPREE,** | : | **CIVIL ACTION** |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | NO.  25-3230 |
| | : | |
| **GWENDOLYN N. BRIGHT,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 28th day of January 2026, upon consideration of Nicholas Dupree's motion to proceed *in forma pauperis* (DI 1), Prisoner Trust Fund Account Statement (DI 9), and *pro se* amended complaint (DI 7), it is **ORDERED**:

1. Mr. Dupree's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Nicholas Dupree, # LA-2915, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Benner Township or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Dupree's inmate account; or (b) the average monthly balance in Mr. Dupree's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with a reference to the docket number for this case.  In each succeeding month when the amount in Mr. Dupree's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Dupree's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent of SCI Benner Township.

4. The complaint is **DEEMED** filed.

5. Mr. Dupree's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous and/or for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for the reasons stated in our memorandum.

6. Mr. Dupree may file a second amended complaint addressing the deficiencies noted, if the facts allow him to do so, no later than **February 20, 2026.**

_____
**MURPHY, J.**