**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS DUPREE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 25-3230** |
| | : | |
| **GWENDOLYN N. BRIGHT, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 27th day of August 2026, upon consideration of Nicholas Dupree's *pro se* Second Amended Complaint (DI 26), it is **ORDERED**:

1. Dupree's Second Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for the reasons stated in the Court's Memorandum.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**



**JOHN F. MURPHY, J.**